Ferdinand Emich, appellee, v. Citizens Trust & Savings Bank, appellant. Gen. No, 29,908.

Action to recover value of contents of safety deposit box. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. F. R. Dove, Judge, presiding. Heard in the third division of this court

for the first district at the October term, 1924. Affirmed. Thomson, J., dissenting. Opinion filed October 28, 1925.

Sonnenschein, Berkson, Lautmann & Levinson, for appellant. Carpenter, Barnhart & Reynolds, for appellee; Charles E. Carpenter and Thomas P. Grant, of counsel.

Mr. Justice Taylor delivered the opinion of the court.